



EXHIBIT A

June 10, 2022

Mr. Bruce Erikson
432 E Warren Street
Lebanon, OH 45036-1961

Dear Mr. Erikson,

I am pleased to confirm your salary for the 2022-2023 academic year will be $72,033.00. As indicated at the Faculty Assembly presentation on May 2, 2022, from Dr. Colleen Hanycz, Dr. Rachel Chrastil, and Mr. Phil Chick, a possible increase is still to be determined.

Your appointment to associate professor is subject to the terms and conditions specified in the Faculty Handbook and subsequent amendments or revisions thereof. Your duties, including teaching, scholarly activity, service, and advising will be specified by your dean through your department chair or director.

Your continuing dedication to Xavier University is very much appreciated.

Sincerely,

Rachel Chrastil, PhD
Provost and Chief Academic Officer

Electronic Copy: Dr. David Mengel
Dr. Suzanne Chouteau
Human Resources

**XAVIER UNIVERSITY**
Office of the Provost and Chief Academic Officer | 3800 Victory Parkway | Cincinnati, Ohio 45207-4541
P 513-745-3838 | xavier.edu