# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| Bruce Erikson, | : | Case No. 1:23-cv-66 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| Xavier University, et al., | : | |
| Defendants. | : | |

## CALENDAR ORDER

This matter is before the Court following an initial conference by phone on June 24, 2024. Pursuant to the filing of the Rule 26(f) Report by the parties on June 14, 2024 (Doc. 23), this case shall proceed as follows:

1. Deadline to exchange initial disclosures: **July 30, 2024**

2. Deadline for motion to amend pleadings/add parties: **August 9, 2024**

3. Deadline for motions related to pleadings: **August 9, 2024**

4. Deadline to submit protective order: **August 30, 2024**

5. Disclosure of non-expert (fact) witnesses: **August 30, 2024**

6. Deadlines for disclosure of expert witnesses and submission of expert reports:
   Plaintiff's expert report(s): **November 1, 2024**
   Defendant's expert report(s): **December 20, 2024**
   Disclosure and report of rebuttal experts: **January 21, 2025**

7. Discovery deadline: **February 28, 2025**

8.     Dispositive motions deadline:  **April 11, 2025**

    **IT IS SO ORDERED.**

    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF OHIO

    By:   */s/ Matthew W. McFarland*
        JUDGE MATTHEW W. McFARLAND