# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE ERIKSON, | : | Case No. 1:23-CV-00066-MWM |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| XAVIER UNIVERSITY, et al., | : | JOINT MOTION TO MODIFY |
| | : | CALENDAR ORDER |
| Defendants. | : | |

The parties, by and through undersigned counsel, hereby jointly request that this Court modify the current Calendar Order in order to extend the time to file expert disclosures and reports, complete discovery, and submit dispositive motions. On June 24, 2024, the Court entered an initial Calendar Order (Doc #24). On November 4, 2025 (Doc #27), the Court granted the Parties Joint Motion to Modify Calendar Order in part. Pursuant to the Calendar Order and subsequent modifications, the following are the current deadlines:

- Plaintiff's expert report(s): December 2, 2024
- Defendant's expert report(s): January 20, 2025
- Disclosure and report of rebuttal experts: February 21, 2025
- Discovery deadline: February 28, 2025
- Dispositive motions deadline: April 11, 2025

Despite working in good faith, the Parties agree that additional time is needed to complete discovery and request that the Court modify the existing schedule with the following new deadlines:

- Plaintiff's expert report(s): March 10, 2025
- Defendant's expert report(s): April 24, 2025
- Disclosure and report of rebuttal experts: May 23, 2025
- Discovery deadline: June 27, 2025
- Dispositive motions deadline: July 25, 2025

This request is not being made for the purpose of delaying this matter or prejudicing any party.

Respectfully submitted,

*/s/ Marc D. Mezibov* (per 1/28/25 email authorization)
Marc D. Mezibov
MEZIBOV BUTLER
615 Elsmore Place, Suite 105
Cincinnati, OH 45202
mmezibov@mezibov.com
apomeranz@mezibov.com
*Attorney for Plaintiff*

*/s/ Michelle A. Cheek*
Michelle A. Cheek (0086476)
Colleen M. Blandford (0061877)
Flagel & Papakirk LLC
50 E. Business Way, Suite 410
Phone: (513) 984-8111
Fax: (513) 984-8118
mcheek@fp-legal.com
cblandford@fp-legal.com
*Attorneys for Defendant Xavier University*

*/s/ Jack Gatlin* (per 1/26/25 email authorization)
Jack Gatlin
GATLIN VOELKER, PLLC
50 E. Rivercenter Blvd., Suite 1275
Covington, KY 41011
(859) 781-9100 p
jgatlin@gatlinvoelker.com
*Attorney for Defendant Eva Witt*

*/s/ Felix J. Gora* (per 1/28/25 email authorization)
Felix J. Gora (009970)
600 Vine Street, Suite 2650
Cincinnati, OH 45202
Telephone: 513 381 9200
Facsimile: 513 381 9206
FGora@Rendigs.com
*Attorney for Defendant Kelly Phelps*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of January 2025, a copy of the foregoing was filed electronically using the ECF System for the United States District Court for the Southern District of Ohio.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                            */s/ Michelle A. Cheek*
                                            Michelle A. Cheek (0086476)
                                            Colleen M. Blandford (0061877)