## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **BRUCE ERIKSON,** | Case No. 1:23-CV-00066-MWM |
| **Plaintiff,** | Judge Matthew W. McFarland<br>Magistrate Judge Stephanie K. Bowman |
| v. | **ORDER GRANTING JOINT MOTION**<br>**TO MODIFY CALENDAR ORDER** |
| **XAVIER UNIVERSITY, et al.,** | |
| **Defendants.** | |

This matter having come before the Court upon the Joint Motion to Modify Calendar Order, and the Court being otherwise sufficiently advised and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion to Modify Calendar Order is hereby GRANTED and the Calendar Order is modified with new deadlines to file expert disclosures and reports, complete discovery, and submit dispositive motions as follows:

- Plaintiff's expert report(s): March 10, 2025
- Defendant's expert report(s): April 24, 2025
- Disclosure and report of rebuttal experts: May 23, 2025
- Discovery deadline: June 27, 2025
- Dispositive motions deadline: July 25, 2025

So ORDERED this _____ day of _____, 2025.

_____
Judge Matthew W. McFarland

cc: Attorneys of Record