# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **BRUCE ERIKSON,** | : | Case No. 1:23-CV-66 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | **MOTION FOR ADMISSION PRO HAC VICE OF MEAGHAN L. SCHNEIDER** |
| **XAVIER UNIVERSITY, et al.,** | : | |
| Defendant. | : | |

Pursuant to Rule 83.3 of the Local Civil and Criminal Rules for the United States District Court for the Southern District of Ohio, Felix J. Gora hereby moves the Court to admit Meaghan L. Schneider pro hac vice to appear and participate as counsel for Defendant Kelly Phelps.

Movant, Felix J. Gora, is a lawyer at the law firm of Rendigs, Fry, Kiely & Dennis, LLP, located at 600 Vine St. in Cincinnati, Ohio.  He is a member in good standing of the United States District Court for the Southern District of Ohio.

Movant represents that Meaghan L. Schneider is a member in good standing of the Ohio state bar and the Illinois state bar, and is admitted to practice in the United States District Court for the Northern District of Illinois, as attested by the accompanying Affidavit of Meaghan L. Schneider (attached as Exhibit A).  The Affidavit contains Ms. Schneider's written consent to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct.

Movant also represents that Ms. Schneider is familiar with use of the Southern District of Ohio's Electronic Filing system (see Exhibit A).  Ms. Schneider understands

that she must register for electronic filing with this Court promptly upon the granting of this Motion. Ms. Schneider is registered to attend the Federal Practice Seminar.

This Motion is accompanied by the required $199.00 fee.

Ms. Schneider's relevant identifying information is as follows:

| | |
|---|---|
| Business telephone: | 513-381-9212 |
| Business address: | Rendigs, Fry, Kiely & Dennis, LLP |
| | 600 Vine Street, Suite 2650 |
| | Cincinnati, OH 45202 |
| Business e-mail address: | mschneider@rendigs.com |

Respectfully submitted,

   /s/  **Felix J. Gora**
Felix J. Gora, Esq. (0009970)
RENDIGS, FRY, KIELY & DENNIS, LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
(513) 381-9200
(513) 381-9206 (facsimile)
FJG@rendigs.com

## CERTIFICATE OF SERVICE

  I hereby certify that on April 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The foregoing was also served via email as follows:

Marc D. Mezibov
Susan L. Butler
615 Elsinore Place, Suite 105
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
mmezibov@mezibov.com
sbutler@mezibov.com
*Attorneys for Plaintiffs*

Michelle A. Cheek (0086476)
Colleen M. Blandford (0061877)
201 East Fifth Street, Suite 800
Cincinnati, OH 45202
Phone: 513.381.0656
Fax: 513.381.5823
mcheek@kplaw.com
cblandford@kplaw.com
*Attorneys for Defendant Xavier University*

              Felix J. Gora, Esq. (0009970)